UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, MATT CAMPBELL, DIANA HETZEL, ROBERT MCILVAINE, HELEN MCILVAINE, DREW DEPALMA, BARBARA KRUKOWSKI-RASTELLI KATHLEEN PAPA, FRANCINE SCOCOZZO, LYNN AFFLECK, PE, WILLIAM BRINNIER, RONALD H. BROOKMAN, CHARLES MICHAEL HENRY, PETER KOSMOSKI, PE, SETH MCVEY, PE, JUSTIN MYERS, KAMAL OBEID, SE, DAVID A. PARKER, and WILLIAM PREVATEL, AIA, <br><br>        Plaintiffs, <br><br> v. <br><br> GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, DR. JAMES OLTHOFF, in his official capacity as Director of the National Institute for Standards and Technology, and THE NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. _____ ) ) ) ) ) ) ) ) |

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY MICK G. HARRISON**

Pursuant to LCvR 83.2(d), Plaintiffs' attorney John M. Clifford, as the sponsoring member of the Bar of this Court, and attorney Mick G. Harrison, applicant for *pro hac vice* admission, hereby move the Court for an order granting admission *pro hac vice* of Mick G. Harrison to appear and participate in proceedings in this Court in the above referenced action as counsel for all Plaintiffs. The attached signed declaration of Mr. Harrison, which is incorporated herein, is offered in support of this motion.

John M. Clifford is a member in good standing of the Bar of the United States District Court of the District of Columbia with whom Mr. Harrison will be associated in this case.

WHEREFORE, the undersigned respectfully request the Court to grant this Motion and

enter an Order for admission *pro hac vice* of Mick G. Harrison.

                        Respectfully submitted

                        /s/John M. Clifford
                        John M. Clifford, #191866
                        Clifford & Garde, LLP
                        815 Black Lives Matter Plaza, NW, #4082
                        Washington, D.C. 20006
                        Tel. 202.280.6115
                        jclifford@cliffordgarde.com
                        Counsel for all Plaintiffs.

                        /s/ Mick G. Harrison
                        Mick G. Harrison, Attorney at Law
                        520 S. Walnut Street, #1147
                        Bloomington, IN  47402
                        Phone: 812-361-6220
                        E-mail: mickharrisonesq@gmail.com
                        Applicant for Admission Pro Hac Vice

Dated: September 7, 2021