UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, MATT CAMPBELL, DIANA HETZEL, ROBERT MCILVAINE, HELEN MCILVAINE, DREW DEPALMA, BARBARA KRUKOWSKI-RASTELLI KATHLEEN PAPA, FRANCINE SCOCOZZO, LYNN AFFLECK, PE, WILLIAM BRINNIER, RONALD H. BROOKMAN, CHARLES MICHAEL HENRY, PETER KOSMOSKI, PE, SETH MCVEY, PE, JUSTIN MYERS, KAMAL OBEID, SE, DAVID A. PARKER, and WILLIAM PREVATEL, AIA,<br><br>    Plaintiffs,<br><br>v.<br><br>GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, DR. JAMES OLTHOFF, in his official capacity as Director of the National Institute for Standards and Technology, and THE NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ATTORNEY MICK G. HARRISON IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

I, attorney Mick G. Harrison, hereby declare as follows:

  1.  My full name is Mick G. Harrison. I am a graduate summa cum laude of the

District of Columbia School of Law. I am a public interest lawyer with a national practice.

  2.  My office contact information is: Mick G. Harrison, Esq., 520 S. Walnut Street,

#1147, Bloomington, Indiana 47402; phone: 812-361-6220; E-mail:

mickharrisonesq@gmail.com; fax: 812-233-3135.

  3.  I am licensed to practice law before the Supreme Court of Pennsylvania

(Attorney No. 65002), Admitted July, 1992, where I remain in good standing.

    4.    I have not been disciplined by any bar. No disciplinary actions are pending against me. I am admitted to practice before the following federal courts, and I remain in good standing with all these courts:

United States Court of Appeals for the Third Circuit, admitted thereto in 1996;

United States Court of Appeals for the Fourth Circuit, admitted thereto in 1993;

United States Court of Appeals for the Sixth Circuit, admitted thereto in 1994;

United States Court of Appeals for the Seventh Circuit, admitted thereto in 1997;

United States Court of Appeals for the Eighth Circuit, admitted thereto in 1993;

United States Court of Appeals for the Ninth Circuit, admitted thereto in 2015;

United States Court of Appeals for the Tenth Circuit, admitted thereto in 1996;

United States Court of Appeals for the Eleventh Circuit, admitted thereto in 2006;

United States Court of Appeals for the Federal Circuit, admitted thereto in 2007;

United States Court of Appeals for the District of Columbia Circuit, admitted in 2013;

United States District Court for the Southern District of Indiana, admitted in 2008.

United States Court of Appeals for the Second Circuit, *pro hac vice*, admitted in 2021.

    5.    I have been admitted *pro hac vice* to appear before this Court in the following previous cases, two of which admissions (both Freedom of Information Act cases) were within the last two years:

    a.    I was admitted *pro hac vice* in October of 2008 to appear before this Court in the matter of *Carla and Robert Doe et al. v. The District of Columbia et al.*, Case No. 05-cv-01060-TFH.

  b.  I was admitted *pro hac vice* in November of 2015, and remain so admitted, to appear before this Court in the matter of *David Cole v. Willie E. May (James K. Olthoff substituted as Director of NIST) et al.*, Case No. 1:15-cv-01991-EGS.

  c.  I was admitted *pro hac vice* on March 3, 2020, to appear before this Court in the matter of *David Cole v. James K. Olthoff et al.*, Case No. 1:19-cv-01070-DLF.

  d.  I was admitted *pro hac vice* on October 23, 2020, to appear before this Court in the matter of *David Cole v. James K. Olthoff et al.*, Case No. 1:19-cv-01182-TSC.

  e.  I was admitted, on March 29, 2019, to appear before this Court *pro hac vice* in *Lawyers Committee for 9/11 Inquiry, Inc. et al v. WRAY et al.*, Case No. 1:19-cv-00824-TNM.

  6.  I was admitted to appear before the U.S. District Court for the Western District of Wisconsin in *Mestek v. Lac Courte Oreilles Tribal Chairman Louis Taylor, et al.*, Case No. 21-cv-541 in 2021.

Pursuant to 28 U.S.C. § 1746, I, Mick G. Harrison, Esq., hereby declare under penalty of perjury that the foregoing facts are true and correct to the best of my understanding and belief.

/s/Mick G. Harrison
_____  September 7, 2021
Mick G. Harrison, Attorney at Law          Date