UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No.: |
| v. | ) 1:21-cv-2365-TNM<br>) |
| GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, et al. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**NOTICE OF APPEARANCE OF ATTORNEY MICK G. HARRISON AS ADDITIONAL COUNSEL FOR ALL PLAINTIFFS**

Please take notice that attorney Mick G. Harrison hereby enters his appearance as additional counsel on behalf of all Plaintiffs in the above captioned matter. Counsel Harrison has been admitted in this matter *pro hac vice*. Counsel Harrison's Pennsylvania Bar number is 65002. Counsel Harrison may be served and contacted at the following address, E-mail and phone number:

Mick G. Harrison, Attorney at Law
520 S. Walnut Street, #1147
Bloomington, IN  47402
Tel. 812.361.6220
E-mail: mickharrisonesq@gmail.com

                Respectfully submitted,

                /s/ Mick G. Harrison
                Mick G. Harrison, Attorney at Law
                520 S. Walnut Street, #1147
                Bloomington, IN  47402
                Tel. 812.361.6220
                E-mail: mickharrisonesq@gmail.com