IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce,<br>Office of the Secretary<br>U.S. Department of Commerce<br>1401 Constitution Ave NW<br>Washington, DC 20230;<br><br>DR. JAMES OLTHOFF, in his official capacity as Director, National Institute of Standards and Technology,<br>100 Bureau Drive<br>Gaithersburg, MD 20899; and<br><br>NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY,<br>100 Bureau Drive<br>Gaithersburg, MD 20899,<br><br>  Defendants. | No. 1:21-cv-2365 TNM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that KATHRYN L. WYER, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for defendants.

November 18, 2021                           Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*