IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*,<br><br>                    Defendants. | No. 1:21-cv-2365 TNM |

**CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE**

Pursuant to 6(b)(1)(A) and the Court's Standing Order, ECF No. 4, Defendants hereby request an extension of time within which to respond to the Complaint, together with entry of an agreed-upon briefing schedule for Defendants' anticipated motion to dismiss. Counsel for Defendants has conferred with counsel for Plaintiffs, and the parties mutually agree and consent to the proposed schedule. Good cause exists for the requested extension and proposed schedule. Defendants address the items identified in Section 9(B) of the Court's standing order as follows:

(i) Plaintiffs filed a Complaint in the above-captioned case on September 7, 2021 and a corrected Complaint on September 8, 2021. *See* ECF Nos. 1, 3. Service was effected on the United States Attorney in this District on September 28, 2021. Pursuant to Fed. R. Civ. P. 12(a)(2), the deadline for Defendants' response is currently November 29, 2019.

(ii) Defendants seek an extension of this deadline up to and including December 23, 2021. In addition, Defendants anticipate filing a motion to dismiss, and the parties have agreed and request entry of a briefing schedule as set forth in (vi) below.

  (iii) Defendants seek the requested extension due to undersigned counsel's competing obligations in several other cases since being assigned to represent Defendants in this action. These have included extensive settlement discussions in light of pending deadlines in four different cases and a briefing deadline on October 29, 2021. Most recently, in *Baltezar v. Cardona*, No. 5:20-cv-455 (N.D. Cal.), undersigned counsel unsuccessfully attempted to extend a November 18, 2021 deadline to a date after the current deadline in this case but was only able to obtain agreement to an extension to November 23, 2021. Undersigned counsel will also be out of the office November 24-26 for Thanksgiving travel. In light of those competing obligations, undersigned counsel conferred with counsel for Plaintiffs regarding an extension. Because Defendants anticipate filing a motion to dismiss, counsel agreed to propose a briefing schedule that would accommodate Defendants' requested extension while avoiding future conflicts with holiday vacation schedules and providing sufficient time to provide fulsome briefing on Defendants' motion, taking into account competing litigation obligations in January and February.

  (iv) No prior extensions have been sought or granted.

  (v) No other deadlines have been set in this action. The requested extension and proposed briefing schedule will have no impact on any other deadlines in this action.

  (vi) The parties have agreed to and propose the following schedule for briefing on Defendants' anticipated motion to dismiss:

| | |
|---|---|
| December 23, 2021 | Defendants' motion to dismiss is due |
| January 31, 2022 | Plaintiffs' opposition to Defendants' motion is due |
| February 17, 2022 | Defendants' reply in support of Defendants' motion is due |

  (vii) Counsel for Defendants has conferred with counsel for Plaintiffs, who consents to

the requested extension and proposed briefing schedule.

Accordingly, Defendants respectfully request, with Plaintiffs' consent, that the deadline for Defendants to respond to Plaintiffs' Complaint be extended up to and including December 23, 2021; that the deadline for Plaintiffs' opposition to Defendants' anticipated motion to dismiss be due January 31, 2022; and that Defendants' reply in support of Defendants' anticipated motion to dismiss be due February 17, 2022.

November 18, 2021								Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*