IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*,<br><br>                Defendants. | No. 1:21-cv-2365 TNM |

**[proposed] ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time Within Which to Respond to Complaint and To Set Briefing Schedule, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is

ORDERED that the deadline for Defendants to respond to the Complaint is extended up to and including December 23, 2021. It is further ORDERED that a briefing schedule for Defendants' anticipated motion to dismiss be entered as follows:

      December 23, 2021      Defendants' motion to dismiss is due

      January 31, 2022       Plaintiffs' opposition to Defendants' motion is due

      February 17, 2022      Defendants' reply in support of Defendants' motion is due

SO ORDERED.

Dated: _____

                                                                             The Honorable Trevor N. McFadden
                                                                             United States District Judge