UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, et al.** )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>**GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, et al.**   )<br>)<br>Defendants.   ) | **Civil No. 21-cv-02365-TNM** |

**PROOF OF SERVICE DECLARATION OF ATTORNEY MICK G. HARRISON**

I, attorney Mick G. Harrison, hereby declare as follows:

  1.  I represent, along with my co-counsel John Clifford, all Plaintiffs in the above captioned action.

  2.  On September 24, 2021, I mailed, certified mail return receipt postage prepaid, each of the Summons attached as Exhibit 2 hereto that had been duly issued by the Clerk of Court, with a copy of the Complaint filed in this action, to each of the named Defendants in this action respectively.

  3.  The Summons and Complaint was served via certified mail on Defendant Gina M. Raimondo, in her official capacity as Secretary of Commerce, (i.e. delivered to that Defendant) on September 27, 2021 via the United States Postal Service (USPS). USPS proof of delivery for this specific service on this defendant is attached in Exhibit 1 (certified mail tracking # 7020 3160 0001 2869 3929).

  4.  The Summons and Complaint was served via certified mail on Defendant Dr. James Olthoff, in his official capacity as Director of the National Institute for Standards and

Technology (NIST), (i.e. delivered to that Defendant) on or about September 30, 2021 via the United States Postal Service (USPS). USPS tracking for this specific service on this defendant is attached in Exhibit 1 (certified mail tracking # 7020 3160 0001 2869 3936) indicating that the package was in transit in Washington, D.C. on September 30, 2021. The green return receipt card was returned to the undersigned indicating the package was received although there was no signature or date placed on the green card by the recipient.

5. The Summons and Complaint was sent via certified mail to Defendant NIST on September 24, 2021 via the United States Postal Service (USPS). USPS tracking for this package is attached in Exhibit 1 (certified mail tracking # 7020 3160 0001 2869 3943). This USPS tracking indicates that this package was in transit in Washington, D.C. on September 30, 2021. No Green Card has been returned for this service, but all defendants have appeared in this matter via government counsel.

6. The Summons and Complaint was served via certified mail on the Civil Process Clerk for the United States Attorney's Office for the District of Columbia (i.e. delivered to that Civil Process Clerk) on September 28, 2021 via the United States Postal Service (USPS). USPS proof of delivery for this specific service on this defendant is attached in Exhibit 1 (certified mail tracking # 7020 3160 0001 2869 3912). The Green card was also returned for this service on the Civil Process Clerk for the U.S. Attorney's Office.

7. The Summons and Complaint was served via certified mail on the Attorney General of the United States (i.e. delivered to the Attorney General) on September 28, 2021 via the United States Postal Service (USPS). USPS proof of delivery for this specific service on this defendant is attached in Exhibit 1 (certified mail tracking # 7020 3160 0001 2869 3950). The Green card was also returned for this service on the Attorney General.

8. Subsequent to the service of process via certified mail as described above, all Defendants have appeared in this matter via their government counsel.

Pursuant to 28 U.S.C. § 1746, I, Mick G. Harrison, Esq., hereby declare under penalty of perjury that the foregoing facts are true and correct to the best of my understanding and belief.

/s/Mick G. Harrison
_____   December 6, 2021
Mick G. Harrison, Attorney at Law                              Date