# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693943

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

September 30, 2021

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 30, 2021
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

September 26, 2021, 1:19 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

September 24, 2021, 9:39 pm
Arrived at USPS Regional Origin Facility
INDIANAPOLIS IN DISTRIBUTION CENTER ANNEX

September 24, 2021, 4:52 pm
Departed Post Office
BLOOMINGTON, IN 47408

September 24, 2021, 4:24 pm
USPS in possession of item
BLOOMINGTON, IN 47408

Feedback

**Product Information**  ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693936

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

September 30, 2021

Feedback

**Text & Email Updates** ^

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**        **Email**

☐           ☐   All Below Updates

☐           ☐   Expected Delivery Updates 

☐           ☐   Day of Delivery Updates ⓘ

☐           ☐   Package Delivered ⓘ

☐           ☐   Available for Pickup ⓘ

☐        ☐ Delivery Exception Updates ⓘ

☐        ☐ Package In-Transit Updates ⓘ

## Tracking History ⌃

September 30, 2021
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

September 26, 2021, 1:12 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

September 24, 2021, 9:38 pm
Arrived at USPS Regional Origin Facility
INDIANAPOLIS IN DISTRIBUTION CENTER ANNEX

September 24, 2021, 4:52 pm
Departed Post Office
BLOOMINGTON, IN 47408

September 24, 2021, 4:24 pm
USPS in possession of item
BLOOMINGTON, IN 47408

## Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693936

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

September 30, 2021

Get Updates ∨

Feedback

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693929

Remove ✕

Your item was delivered to an individual at the address at 7:18 am on September 27, 2021 in WASHINGTON, DC 20230.

## ✓ Delivered, Left with Individual

September 27, 2021 at 7:18 am
WASHINGTON, DC 20230

Feedback

**Get Updates** ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693912

Remove ✕

Your item was delivered at 4:50 am on September 28, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

September 28, 2021 at 4:50 am
WASHINGTON, DC 20530

Get Updates ˅

Feedback

Text & Email Updates ˅

Tracking History ˅

Product Information ˅

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000128693950                                Remove ✕

Your item was delivered at 4:50 am on September 28, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 28, 2021 at 4:50 am
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates                                                ⌄

---

Tracking History                                                    ⌄

---

Product Information                                                 ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**