## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARCHITECTS & ENGINEERS FOR 9/11 TRUTH
et al.,

Plaintiffs,

v.

GINA RAIMONDO, in her official capacity as
Secretary of Commerce, et al.,

Defendants.

No. 1:21-cv-2365 TNM

### DEFENDANTS' MOTION TO DISMISS

Defendants Gina Raimondo, in her official capacity as Secretary of Commerce; Dr. James Olthoff, in his official capacity as Director, National Institute of Standards and Technology ("NIST"); and NIST move the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action, for the reasons set forth in the accompanying Memorandum in support of this motion.

December 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*