**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al., <br><br> Defendants. | No. 1:21-cv-2365 TNM |

**[proposed] ORDER**

For the reasons set forth in Defendants' Memorandum in Support of Defendants' Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE WITHOUT LEAVE TO AMEND.

SO ORDERED.


Dated: _____

_____
The Honorable Trevor N. McFadden
United States District Judge