IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, et al.,<br><br>Defendants. | No. 1:21-cv-2365 TNM |

**[proposed] ORDER**

Having considered Defendants' Consent Motion to Excuse Compliance with Local Civil Rule 7(n), and good cause appearing, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that Defendants are relieved of any requirements under Local Civil Rule 7(n) with respect to Defendants' Motion to Dismiss.

SO ORDERED.

Dated: _____                    _____
                                      The Honorable Trevor N. McFadden
                                      United States District Judge