IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:21-cv-2365-TNM<br>) |
| GINA M. RAIMONDO, in her official capacity as<br>Secretary of Commerce, et al. | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**CONSENT MOTION TO SET BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiffs hereby request, with the consent of the Defendants, that the Court set the schedule proposed herein for Plaintiffs' filing of their FAC, Defendants' filing of their anticipated motion to dismiss the FAC, and for the parties' briefing thereon. Counsel for Plaintiffs have conferred with counsel for Defendants, and the parties mutually agree and consent to the proposed schedule. Plaintiffs state in support of this motion as follows:

1. Plaintiffs filed a Complaint in the above-captioned case on September 7, 2021, and a corrected Complaint on September 8, 2021. See ECF Nos. 1, 3. Service was effected on the United States Attorney in this District on September 28, 2021.

2. On November 18, 2021, Defendants filed a Consent Motion for Extension of Time within which to Respond to Complaint, and to Set Briefing Schedule, ECF No. 9, which motion was granted by the Court the same day by Minute Order.

3. Plaintiffs filed their proof of service of the Complaint and summons on December 6, 2021, ECF No. 10.

4. Defendants timely filed their Motion to Dismiss Plaintiffs' original Complaint on December 23, 2021. ECF No. 11.

5. Pursuant to the Court's Order granting Defendants' Consent Motion for Extension of Time within which to Respond to Complaint, and to Set Briefing Schedule, Plaintiffs' response to Defendants' pending Motion to Dismiss is due January 31, 2022.

6. Pursuant to Fed. R. Civ. P. 15(a)(1), Plaintiffs' deadline for filing an amendment to their complaint as of right is 21 days after the filing of Defendants' first responsive pleading or motion under Fed. R. Civ. P. 12(b), (e), or (f). Therefore, the deadline for the filing of Plaintiffs' FAC as of right is January 13, 2022.

7. Plaintiffs intended to file their FAC as of right by January 13, 2022 but are currently unable to do so due to the illness of Plaintiffs' lead counsel. Plaintiffs and their counsel anticipate that they will be able to finish preparation of the FAC and file it by January 31, 2022, the deadline currently set for Plaintiffs' response to Defendants' pending Motion to Dismiss.  Defendants have consented to this filing subject to approval of the proposed briefing schedule.

8. Consequently, Plaintiffs request, with consent of Defendants, approval of the briefing schedule proposed herein.

9. The parties have consulted via counsel and Defendants have agreed to Plaintiffs' filing of their FAC on or before January 31, 2022 subject to entry of the proposed agreed upon briefing schedule set forth below.

10. Plaintiffs have not sought or been granted any extensions of time in this matter.

11. The proposed briefing schedule will have no impact on any deadlines in this action other than the remaining deadlines from the prior briefing schedule on Defendants' pending Motion to Dismiss Plaintiffs' original Complaint, which pending motion and deadlines will be mooted by the filing of Plaintiffs' FAC.

12. The schedule for briefing on Defendants' anticipated motion to dismiss the FAC to which the parties have agreed and propose is as follows:

| | |
|---|---|
| January 31, 2022 | Plaintiffs' FAC is due to be filed |
| March 11, 2022 | Defendants' motion to dismiss the FAC is due |
| April 11, 2022 | Plaintiffs' opposition to Defendants' motion is due |
| May 3, 2022 | Defendants' reply on Defendants' motion is due |

13. The deadlines for Defendants' new motion to dismiss and for Defendants' reply were selected to accommodate Defendants' counsel's other litigation demands. Counsel for Defendants indicated that counsel has a dispositive motion hearing in another case scheduled on February 17, 2022, and a significant filing representing the culmination of a six-year investigation in a third case due on February 25, 2022. The deadline for Plaintiffs' opposition to Defendants' new Motion to Dismiss was selected in part due to the number and nature of the issues anticipated to be briefed and in part to accommodate Plaintiffs' lead counsel's other litigation demands which include a summary judgment briefing in a California case, active discovery in a FOIA case before this District Court, one whistleblower case mediation before the United States Department of Labor (and discovery if mediation fails), and briefing on a motion to dismiss in a Whistleblower case before the United States District Court for the Western District of Wisconsin.

CONCLUSION AND RELIEF REQUESTED

Accordingly, Plaintiffs respectfully request, with Defendants' consent, that Defendants be allowed until March 11, 2022 to file their motion to dismiss the FAC, which FAC is to be filed by January 31, 2022 with Defendants' consent; that the Plaintiffs' opposition to Defendants' motion to dismiss the FAC be due by April 11, 2022; and that Defendants' reply in support of Defendants' motion to dismiss the FAC be due May 3, 2022.

January 12, 2022                           Respectfully submitted,

/s/ Mick G. Harrison
Mick G. Harrison, Attorney at Law
520 S. Walnut Street, #1147
Bloomington, IN  47402
Tel. 812.361.6220
E-mail: mickharrisonesq@gmail.com