## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, et al., )

     Plaintiffs, )

     v. )  No. 1:21-cv-2365-TNM

GINA M. RAIMONDO, in her official capacity as )
Secretary of Commerce, et al. )

     Defendants. )

_____

### [proposed] ORDER

Having considered Plaintiffs' Consent Motion to Set Briefing Schedule, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED that the schedule for briefing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint shall be as follows:

    a.    Plaintiffs' First Amended Complaint shall be due January 31, 2022;

    b.    Defendants' Motion to Dismiss shall be due March 11, 2022;

    c.    Plaintiffs' opposition to Defendants' motion shall be due April 11, 2022;

and

    d.    Defendants' reply in support of their motion shall be due May 3, 2022.

    SO ORDERED.

Dated: _____

                                        _____

                                        The Honorable Trevor N. McFadden
                                        United States District Judge