# DECLARATION OF ROBERT MCILVAINE

1. My name is Robert McILvaine. I am the father of Bobby McILvaine. Bobby was killed in the World Trade Center (WTC) on 9/11. Bobby is survived by his parents, Helen and I, and his brother, Jeff.

2. Before entering Princeton, Bobby was an honor student who played basketball and soccer at Upper Dublin High School in Fort Washington, Pa. After excelling in his studies at Princeton, Bobby entered the New York publishing world, working for Random House and Henry Holt & Co. He eventually moved to Merrill Lynch, where he was Assistant Vice President for Media Relations. At the time of his death, he had been applying to graduate programs at Penn and Harvard.

3. When we received word of the Twin Towers being attacked, my wife, son Jeff, and I weren't overly concerned because Bobby did not work at the Towers. He had an office in the World Financial Center, just across the street. We later learned, much to our dismay, that Bobby had been in charge of setting up a banking conference at the Towers that morning. Our worry became acute by nightfall when Bobby hadn't telephoned, which was so unlike him, since he called every day.

4. The next morning, we felt compelled to drive to New York and search for Bobby. We went from hospital to hospital searching for any information on him but found nothing. On Thursday we received word that a body identified possibly as Bobby had been brought to the morgue. Our hearts fell as we headed there to identify our beloved son.

5. Bobby's body was identified by dental records. The coroner disclosed that Bobby suffered massive trauma to his upper body and face. Based on the injuries my son sustained, I have

concluded that Bobby was killed by a massive explosion as he was entering the WTC North Tower. He was one of the first bodies to be found and identified.

6. Because of the circumstances of his death and because government officials were not giving direct and complete answers to 9/11 family members regarding what happened on that day, I have felt an ongoing need to investigate what really happened at the WTC on 9/11, an investigation I have pursued to this day. I have continued my pursuit of truth for my son, Bobby.

7. My wife, my son Jeff, and I were requesters on the request for correction submitted to NIST on April 15, 2020. We joined the request for correction because we believed that establishing the true cause of World Trade Center Building 7's destruction would provide a more complete picture of what happened on 9/11 and would undoubtedly lead to further investigation of the Twin Towers' destruction, as the Twin Towers were destroyed in a manner similar to Building 7 and were operated by the same companies. If the Defendants are ordered to comply with the requested information quality corrections, it will assist me and other family members of the 9/11 victims in reaching closure regarding this tragedy and may result in disclosure of criminal conduct related to 9/11.

8. Pursuant to 28 USC Section 1746, I, Robert McILvaine, hereby swear, under penalty of perjury, that the foregoing statements are true and correct to the best of my information and belief.

_Robert McILvaine_          1/30/22
Robert McILvaine          Date