IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | No. 1:21-cv-2365 TNM |

**CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Pursuant to 6(b)(1)(A) and the Court's Standing Order, ECF No. 4, Defendants hereby request a one-week extension of time within which to file their reply in support of their motion to dismiss. Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs consent to Defendants' proposed extension. Defendants address the items identified in Section 9(B) of the Court's standing order as follows:

(i)     Pursuant to the Court's Minute Order of January 12, 2022, Plaintiffs filed a First Amended Complaint in the above-captioned case on January 31, 2022; Defendants filed a Motion to Dismiss on March 11, 2022; Plaintiffs filed a memorandum in opposition on April 11, 2022; and Defendant's reply is currently due April 25, 2022.

(ii)    Defendants seek a one-week extension of their current April 25, 2022 reply deadline up to and including May 2, 2022.

(iii)   Although undersigned counsel has been diligently working to prepare a reply since Plaintiffs filed their opposition brief on April 11, 2022, Defendants seek the requested

extension due to undersigned counsel's competing obligations in another case. In *Baltezar v. Cardona*, No. 5:20-cv-455 (N.D. Cal.), undersigned counsel has a motion hearing scheduled on April 21, 2022, which will require time to prepare as well as travel to and from California between April 20-22, 2022. This schedule will curtail the time available to prepare a reply in this case and will also impair undersigned counsel's ability to coordinate with agency clients during the final three business days before the current Monday April 25, 2022 deadline in this case. Undersigned counsel's availability also has been and may continue to be limited over the coming week due to personal circumstances involving a sick pet who is expected to die within days.

(iv)   Defendants previously sought an extension of their deadline to respond to the complaint, and entry of an agreed-upon briefing schedule for Defendants' anticipated motion to dismiss. *See* ECF No. 9. Plaintiffs previously sought a revised motion to dismiss briefing schedule in connection with their First Amended Complaint. *See* ECF No. 13.

(v)   No other deadlines have been set in this action. The requested extension will have no impact on any other deadlines in this action.

(vi)   Defendants' reply will complete briefing with respect to Defendants' motion to dismiss, ECF No. 17, so no other deadlines are affected by Defendants' requested extension.

(vii)   Counsel for Defendants has conferred with counsel for Plaintiffs, who consents to the requested extension

Accordingly, Defendants respectfully request, with Plaintiffs' consent, that the deadline for Defendants to file a reply in support of Defendants' motion to dismiss be extended up to and including May 2, 2022.

April 15, 2022                                    Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*