IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | No. 1:21-cv-2365 TNM |

### [proposed] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time Within Which to File Reply in Support of Defendants' Motion to Dismiss, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is

ORDERED that the deadline for Defendants to file their reply in support of their motion to dismiss is extended, and Defendants shall file their reply on or before May 2, 2022.

SO ORDERED.

Dated: _____                    _____
                                             The Honorable Trevor N. McFadden
                                             United States District Judge