UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARCHITECTS & ENGINEERS FOR 9/11 TRUTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, et al. <br><br> Defendants. | No. 1:21-cv-2365-TNM |

## NOTICE OF APPEAL

Notice is hereby given this 3rd day of October, 2022, that Plaintiffs Architects & Engineers for 9/11 Truth, Robert McILvaine, Helen McILvaine, Matt Campbell, Diana Hetzel, Kacee Papa, Drew DePalma, Francine Scocozzo, Justin Myers, Bill Brinnier, Ron Brookman, Seth McVey, Mike Henry, Dave Parker, Peter Kosmoski, Kamal Obeid, and Lynn Affleck hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from:

1) The final appealable Order of this Court entered on the 2nd day of August, 2022 (Doc. 23), in its entirety, which granted the Motion to Dismiss filed by (all) Defendants GINA M. RAIMONDO, in her official capacity as Secretary of Commerce, DR. JAMES OLTHOFF, in his official capacity as Director of the National Institute for Standards and Technology, and THE NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY; and

2) The related Memorandum Opinion of this Court that accompanied the above referenced Order, also entered on the 2nd day of August, 2022 (Doc. 22), in its entirety, which concluded *inter alia* that Plaintiffs lack standing.

Respectfully submitted,

<u>/s/ Mick G. Harrison</u>
Mick G. Harrison, Attorney at Law
D.C. Circuit Bar No. 55038
520 S. Walnut Street, #1147
Bloomington, IN 47402
Tel. 812-361-6220
Eml. mickharrisonesq@gmail.com

Attorney for Plaintiffs-Appellants